(84 South. 394)

SNIDER v. PENTON et al. (5 Div. 314.)

(Court of Appeals of Alabama. Dec. 16, 1919.)

APPEAL AND ERROR ⬪750(2)—ASSIGNMENTS HELD NOT TO RAISE PROPRIETY OF QUASHING COMPLAINT AND TAXING COSTS.

On appeal in an action for damages on an attachment bond, assignments of error that the court erred in granting the motion of defendants to dismiss the case, and in granting defendant's motion to quash the summons, and in dismissing the case, were insufficient to raise the question as to the propriety of the trial court in quashing the complaint and taxing plaintiff with costs.

Appeal from Circuit Court, Coosa County; S. L. Brewer, Judge.

Action by G. S. Snider against J. M. Penton and others for an attachment bond. From the judgment rendered, plaintiff appeals. Affirmed.

George A. Sorrell, of Alexandria City, for appellant.

The court erred in the judgment rendered. Sections 5296, 5297, Code 1907; 4 Ency. P. P. 590.

Felix L. Smith & Son, of Rockford, for appellees.

The assignments do not raise the question as to the action of the court in quashing the complaint, and nothing is here presented for review.

SAMFORD, J. The assignments of error are: First, the court erred in granting the motion of defendants to dismiss the case; second, the court erred in granting the motion of the defendants to quash the summons and dismissing the case. A reference to the record discloses the fact that the court neither dismissed the case nor granted a motion to quash the summons, but the judgment of the court as set out in the record is that the complaint be quashed and that the plaintiff be taxed with the costs. It will thus be seen that the assignments of error do not reach the rulings of the court actually made.

There being no assignments of error to the rulings made by the court, they must be taken as waived, and the judgment is affirmed.

Affirmed.